| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF RHODE ISLAND | *Form F: Joint Status Report*<br>**TWO PAGE DOCUMENT** |
|---|---|

| In Re:<br>Evens Saintil | Case Number 23-10729-DF<br>Chapter 13 |
|---|---|

### **CONSENT ORDER re: STATUS HEARING ON LOSS MITIGATION**

The Court, having scheduled a status hearing on loss mitigation for <u>March 20, 2024</u>, at which counsel for the Debtor(s) and U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust (the "Creditor") have been ordered to appear; and by agreement of the parties,

IT IS HEREBY AGREED:

(1) The Debtor(s) shall provide all documents requested by the Creditor by <u>April 5, 2024</u> (the "Response").

(2) The Creditor shall conduct a preliminary review of the information submitted by the Debtor(s), and if the Creditor requires additional information, the Creditor shall, by email or written correspondence, provide the Debtor[s]' counsel with a list of any additional information it requires by <u>April 19, 2024</u> after receiving the Response (the "Additional Information Request").

(3) The Debtor(s) shall fully respond to any Additional Information Request and provide all requested documents to Creditor within <u>seven</u> days after receiving the same from Creditor.

(4) The parties have agreed to a permanent or temporary loan modification and (a) if a Chapter 13 case, then the Debtor will file a Motion to Approve Loan Modification by <u>n/a</u>, or (b) if a Chapter 7 case, then loss mitigation may be terminated as successfully completed and the parties anticipate filing Form D setting forth the terms of the loan modification by <u>n/a</u>.

 (5) Other Comments:  Debtor's Chapter 13 case was dismissed on February 12, 2024, and then reinstated on March 13, 2024.  Debtor will submit a loss mitigation application on or before April 5, 2024.

 (6) In lieu of a status report, the parties request that a continued status hearing on loss mitigation be scheduled by the Court.

Agreed to this 19th day of March 2024.

| Debtor(s) | Creditor |
| --- | --- |
| By counsel: | By counsel: |
| /s/ James G. Atchison | /s/ Catherine V. Eastwood |
| James G. Atchison, Esq. | Catherine V. Eastwood, Esquire |
| RI# 7682 | RI# 6406 |
| 2181 Post Road | Korde & Associates, P.C. |
| Warwick, RI 02886 | 900 Chelmsford Street, Suite 3102 |
| Tel: (401) 222-9374 | Lowell, MA 01851 |
| jim@amsmanagements.com | Tel: (978) 256-1500 |
| | bankruptcy@kordeassociates.com |

Consent Order Approved on this _____ day of _____ 20___.

_____
Honorable Diane Finkle
U.S. Bankruptcy Judge

Date of Continued Status Hearing:

2

Rev. 12/18/2013